# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2195
Lower Tribunal No. 07-738F

_____

SCOTT HUSS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Charlotte County.
Lisa S. Porter, Judge.

July 21, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and MIZE, JJ., concur.


Scott Huss, Daytona Beach, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marilyn Frances Muir, Chief Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED